## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:
**MARIANILDA ROMERO**　　　　　　　　　Case No. 8:10-bk-20322-MGW
**HUMBERTO ROMERO**　　　　　　　　　　Chapter 13

　　　　Debtors.
_____/

### VERIFIED MOTION TO DETERMINE SECURED STATUS OF
### US BANK NATIONAL ASSOCIATION
### AND TO STRIP LIEN EFFECTIVE ON DISCHARGE

**Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within 30 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 801 N. Florida Ave, Tampa, Florida 33603 and serve a copy on the movant's attorney, Kelley M. Petry, Esq., P.O. Box 7866, Tampa, Florida 33673.**

**If you file and serve an appropriate objection within the time permitted, and the objection reveals factual or legal issues requiring a hearing, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

　　　Debtors, by and through the undersigned attorney, file this Verified Motion to Determine Secured Status of US Bank National Association and to Strip Lien Effective on Discharge and state the following:

　　　1.　　This case was instituted by the filing of a Voluntary Petition under Chapter 13 of the Bankruptcy Code on August 24, 2010.

　　　2.　　As of the Filing Date, Debtors own certain real property located at 2707 W. Waver St., Plant City in Hillsborough County, State of Florida (Real Property), more particularly described as:
　　　　　　Lot 5 and the West 20 feet of Lot 4, Block 17, West Pinecrest, According to the Map or Plat thereof as recorded in Plat Book 15, Page 10, of the Public Records of Hillsborough County, Florida.

　　　3.　　Debtors have duly listed the Real Property on Schedule A.

　　　4.　　On or about March 31, 2006, Debtors entered into a Mortgage, whereby Wells Fargo Bank, NA loaned the Debtors the principal sum of $144,960.00, to be secured by a first mortgage on the above-mentioned Real Property (the "First Mortgage"). The First Mortgage was recorded in the official records of Hillsborough County, Florida on April 6, 2006, at Official Record Book 16314 Page 1683-1702.

5. On or about March 31, 2006, Debtors entered into a Mortgage, whereby SouthStar Funding, LLC loaned the Debtors the principal sum of $36,240.00, to be secured by a second mortgage on the above-mentioned Real Property (the "Second Mortgage"). The Second Mortgage was recorded in the official records of Hillsborough County, Florida on April 6, 2006, at Official Record Book 16314 Page 1703-1707.

6. The current balance owed to Wells Fargo Home Mortgage on the First Mortgage is approximately $141.829.00.

7. On or about October 7, 2010, US Bank National Association, as Trustee for Structured Asset Securities Corporation Trust ("US Bank") filed a secured proof of claim in the amount of $42,307.83, reflecting the Second Mortgage.

8. The current value of the Debtors' Real Property is $87,046.00 according to the Hillsborough County Property Appraiser (attached hereto as "Exhibit A"). As a result, Debtors have no equity in the Real Property.

9. Debtors have brought this Motion pursuant to 11 U.S.C. §1322(b)(2) and §506(a)(2) for the purpose of requesting this Court to determine the secured status of US Bank for distribution through the Chapter 13 Plan.

10. US Bank is only entitled to a secured claim to the extent of the value of Wells Fargo Bank, NA's interest in the Debtors' Real Property.

11. The value of the Debtors' Real Property is exceeded by the value of Wells Fargo Bank, NA's interest. As a result, there is no equity in the Real Property securing US Bank's mortgage.

12. Debtors request this Court find the claim of US Bank National Association is wholly unsecured and is void effective on discharge.

**WHEREFORE**, Debtors respectfully request this Court enter an order granting this Motion, determining that the value of the Real Property is $87,046.00, that the claim of US Bank is wholly unsecured, that US Bank shall have an allowed unsecured claim, that the lien of US Bank against the Real Property is void effective on discharge, and granting such other and further relief as is just and proper.

## **CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a copy of the foregoing Motion to Determine Secured Status of US Bank National Association and Strip Lien Effective on Discharge has been furnished by U.S. Mail or electronic filing notice to **Terry E. Smith**, Trustee, P.O. Box 6099, Sun City Center, FL 33571; **US Bank National Association,** c/o Wells Fargo Home Mortgage, 3476 Stateview Blvd, MAC #x7801-014, Fort Mill, SC 29715;  by certified mail to **US Bank National Association,** c/o Richard K. Davis, President, The Office of the Corporate Secretary, U.S. Bancorp, BC-MN-H210, 800 Nicollet Mall, Minneapolis, MN, 55402; **US Bank National Association,** c/o Teressa J Williams, Bankruptcy Supervisor and person filing the claim, Wells Fargo Home Mortgage, 3476 Stateview Blvd, MAC #x7801-014, Fort Mill, SC 29715; **Marianilda & Humberto Romero,** debtors, 2703 Waver St., Plant City, FL 33563, this 25th day of October, 2010.

                                                 _____/s/ Kelley M. Petry_____
                                                 Kelley M. Petry, Esq. Fl Bar No 0388180
                                                 Kelley M. Petry, P.A.
                                                 P.O. Box 7866
                                                 Tampa, FL 33673
                                                 (813)873-0713
                                                 (813)873-0715 fax